IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA R. THOMAS, | : | Case No. 4:14-CV-0543 |
| | : | |
| Plaintiffs, | : | |
| v. | : | (Judge Brann) |
| | : | |
| KEYSTONE REAL ESTATE GROUP LP, | : | |
| | : | |
| Defendant. | : | |

...................................................................................................................................

| | | |
|---|---|---|
| DEBORAH M. STEWART, | : | Case No. 4:14-CV-1050 |
| | : | |
| Plaintiff, | : | |
| v. | : | (Judge Brann) |
| | : | |
| KEYSTONE REAL ESTATE GROUP LP, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

May 28, 2015

In accordance with the Memorandum Opinion issued this date, Plaintiffs Affidavits filed pursuant to 28 U.S.C. §144, insofar as they are requests for recusal, are DENIED. (Docket No. 4:14-CV-0543, ECF No. 56 and Docket No. 4:14-1050,

1

ECF No. 25.)

BY THE COURT:

s/Matthew W. Brann
Matthew W. Brann
United States District Judge